# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**CON-WAY FREIGHT, INC.,**

        **Plaintiff,**

**-vs-**                                                                    **Case No.  2:07-cv-457-FtM-34DNF**

**GLOBAL TREASURES BY B&I, INC.,**
**DOE CORPORATION, JOHN DOES 1-10,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This action involves the breach of agreements between the Plaintiff, Con-Way Freight, Inc. and the Defendant, Global Treasures by B & I, Inc. regarding freight charges.  (See, Doc. 1).  On September 7, 2007, the Court entered an Order (Doc. 10) which allowed counsel for Global Treasures by B & I, Inc. to withdraw.  The Court granted the Defendant twenty (20) days to retain counsel.  No notice of appearance was filed for the Defendant.  On October 19, 2007, the Court entered an Order to Show Cause (Doc. 11) which required Global Treasures by B & I, Inc. to show cause why a default should not be entered against it for failing to obtain counsel and for failing to comply with the Court's previous Order (Doc. 10) entered on September 7, 2007.  The Court allowed Global Treasures by B & I, Inc. until November 7, 2007, in which to respond to the Order to Show Cause.  No response was filed and no notice of appearance has been filed.

Local Rule 2.03(e), provides that "[a] corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02." Local Rules for the

Middle District of Florida.  Global Treasures by B & I, Inc. has failed to comply with Local Rule 2.03(e), and failed to comply with this Court's prior Orders.  Therefore, it is respectfully recommended that a default be entered against Global Treasures by B & I, Inc.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __15th__ day of November, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record