**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CON-WAY FREIGHT, INC.,

        Plaintiff,

vs.                           Case No.  2:07-cv-457-FtM-34DNF

GLOBAL TREASURES BY B&I, INC., DOE
CORPORATION, JOHN DOES 1-10,

        Defendants.
_____/

## ORDER

      This case is before the Court on Magistrate Judge Douglas N. Frazier's Report and

Recommendation (Doc. No.12; Report), entered November 15, 2007.  In the Report,

Magistrate Judge Frazier recommended that a default be entered against Defendant Global

Treasures (Global Treasures) for its failure to comply with Local Rule 2.03(e) and this

Court's Order (Doc. No. 10) entered on September 7, 2007.  See Report at 2.  A review of

the record reveals that Global Treasures did not file objections to the Report within ten days

of its filing or by the date of the instant Order.

      The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific

objections to findings of facts are filed, the district court  is not required to conduct a de novo

review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions

de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

14, 2007).  Based upon an independent examination of the record and a <u>de novo</u> review of the legal conclusions, the Court will accept and adopt the Report of the Magistrate Judge. In light of the foregoing, Plaintiff's Application to Clerk for Entry of Default (Doc. No. 13) will be denied as moot.  Accordingly, it is hereby

**ORDERED:**

1.      The Report and Recommendation (Doc. No. 12) of Magistrate Judge Frazier is **ADOPTED** as the opinion of the Court.

2.      The Clerk of the Court is directed to enter a default against Defendant Global Treasures, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

3.      Application to Clerk for Entry of Default (Doc. No. 13) is **DENIED AS MOOT**.

**DONE AND ORDERED** at Fort Myers, Florida this <u>17th</u> day of January, 2008.

**MARCIA MORALES HOWARD**
United States District Judge

lc5
Copies to:
Counsel of Record
Pro Se Parties